■ In the Matter of KEVIN SPINKS, Appellant, v KEVIN K. RYAN, as Judge of the City Court of the State of New York for the City of Plattsburgh, Clinton County, Respondent. [608 NYS2d 879] —Appeal from a judgment of the Supreme Court (Ryan, Jr., J.), entered January 5, 1993 in Clinton County, which, in a proceeding pursuant to CPLR article 78, dismissed petitioner's application for a writ of prohibition.

In our view, Supreme Court acted well within its discretion in denying petitioner's request for a writ of prohibition. It is well settled that the extraordinary writ of prohibition does not lie where there is no clear legal right to the relief requested and where petitioner has an adequate alternative remedy at law to review the alleged error.

Cardona, P. J., Mikoll, Crew III, White and Weiss, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of HAROLD KONIGSBERG, Appellant, v THOMAS COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents. [608 NYS2d 883] — Appeal from a judgment of the Supreme Court (Lewis, J.), entered February 19, 1993 in Clinton County, which denied petitioner's application for an order to show cause commencing a proceeding against respondents pursuant to CPLR article 78.

This appeal must be dismissed insofar as the denial of an ex parte order to show cause is not appealable. In any event, were we to reach the merits, it is clear that petitioner's application was patently frivolous and under no circumstances could he have prevailed in this CPLR article 78 proceeding.

Cardona, P. J., Mercure, Casey, Weiss and Yesawich Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.